## Commonwealth *v.* Council, Appellant.

Argued March 20, 1972. *Marlene Martin,* Assistant Defender, with her *Francis S. Wright,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.